Coleman W. Watson, Esq.
coleman@watsonllp.com
California Bar No. 266015
WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688
*Attorneys for Plaintiff, Coding Technologies LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FLIPBOARD, INC.,<br><br>    Defendant. | Case No.: 5:18-cv-00526-EJD<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY AT MAY 10, 2018 CASE MANAGEMENT CONFERENCE**<br><br>Date: May 10, 2018<br>Time: 10:00 AM<br>Place: Courtroom 4, 5th Floor<br>Judge: Honorable Edward J. Davila |

Plaintiff, CODING TECHNOLOGIES LLC, pursuant to N.D. Cal. Civ. R. 7-11, moves for the entry of an order granting leave for Plaintiff's counsel to appear telephonically at the May 10, 2018 case management conference, and in support thereof states as follows:

1. Plaintiff filed the complaint in this action on October 11, 2017, in the United States District Court for the Southern District of New York. Doc. 1.

2. Defendant moved to transfer the action to this action, which such motion was granted on January 17, 2018. Doc. 34.

3. On February 27, 2018, this court entered an order scheduling the joint case management conference for May 10, 2018. Doc. 46.

4. "A motion for an order concerning a miscellaneous administrative matter . . . must set forth specifically the action requested and the reasons supporting the motion and must be accompanied by . . . a stipulation . . . ." N.D. Cal. R. 7-11(a).

5. Plaintiff seeks the entry of an order allowing the undersigned to appear by "telephone conference call," pursuant to Local Rule 7-11(a), because counsel is located in the southeastern United States.

6. The undersigned conferred in good faith with Defendant's counsel prior to filing this motion, and Defendant's counsel has no objection to telephonic appearance and stipulates to same.

**WHEREFORE,** Plaintiff, CODING TECHNOLOGIES LLC, respectfully requests the entry of an order permitting Plaintiff to appear telephonically at the May 10, 2018 case management conference.

**DATED** on May 1, 2018

Respectfully submitted,

WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
           docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff,*
*Coding Technologies LLC*

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY AT MAY 10, 2018 CASE MANAGEMENT CONFERENCE -2
Case No.: 5:18-cv-00526-EJD

# **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 1, 2018, pursuant to Fed. R. Civ. P. 5, I electronically served the foregoing, via this court's CM/ECF system, on the following counsel of record in this proceeding:

        Ryan R. Smith, Esq.
        Jamie Y. Otto, Esq.
        650 Page Mill Road
        Palo Alto, California 94304
        Telephone: (650) 493-9300
        Facsimile: (650) 493-6811
        Email: rsmith@wsgr.com
        jotto@wsgr.com

                                      */s/ Coleman Watson*
                                      Coleman Watson, Esq.

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY AT MAY 10, 2018 CASE MANAGEMENT CONFERENCE -3
Case No.: 5:18-cv-00526-EJD