# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FLIPBOARD, INC.,<br><br>　　　　Defendant. | Case No.: 5:18-cv-00526-EJD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY AT MAY 10, 2018 CASE MANAGEMENT CONFERENCE** |

THIS CAUSE having come before the court on the motion for administrative relief to appear telephonically at the May 10, 2018 case management conference filed by Plaintiff, CODING TECHNOLOGIES LLC, with the court having considered N.D. Cal. R. 7-11, the motion, and the stipulation of the parties, hereby GRANTS the motion. Plaintiff may appear telephonically at the May 10, 2018 case management conference. Counsel shall arrange for telephonic appearance via CourtCall.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 2, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　　United States District Judge