UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, <br>     Plaintiff, <br>   v. <br> FLIPBOARD, INC., <br>     Defendant. | Case No. 5:18-cv-00526-EJD <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties, having notified the court of settlement (Dkt. No. 61), are ordered to appear before the Honorable Edward J. Davila on **December 6, 2018 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **November 29, 2018**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal is filed on or before **November 29, 2018.**

All other pretrial and trial deadlines and hearing dates are VACATED and any pending motions are TERMINATED. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action

**IT IS SO ORDERED.**

Dated: October 25, 2018

EDWARD J. DAVILA
United States District Judge